# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1933
_____

TRIFECTA SERVICES COMPANY,

    Appellant,

    v.

EDERLIN NAJAR,

    Appellee.

_____

On appeal from the Office of the Judges of Compensation Claims. Walter J. Havers, Judge.

Date of Accident: March 12, 2021.

September 4, 2024

PER CURIAM.

AFFIRMED. *See Owens v. CCJ, Auto Transport*, 59 So. 3d 179 (Fla. 1st DCA 2011) (finding coverage under the Florida Workers' Compensation Law, section 440.09(1)(d), Florida Statutes, with respect to an out-of-state work injury because the claimant's employment contract was formed while the claimant was residing in Florida, and the claimant's acceptance of the Employer's offer in Florida was the last act necessary to form the contract).

OSTERHAUS, C.J., and BILBREY and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Todd J. Sanders and Lori L. Bethea of Chartwell Law, Tallahassee, for Appellant.

Richard Sicking and Mark A. Touby of Touby, Chait & Sicking, P.L., Coral Gables, for Appellee.